# United States Bankruptcy Court
## District of Nevada

Case No. **09–32301–mkn**
**Chapter 7**

In re: (Name of Debtor)
    DEAN VARNI
    8984 ORNATE GLADE AVE.
    LAS VEGAS, NV 89148–3855

Social Security No.:
    xxx–xx–4657

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 7/26/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court